IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff | : |
| vs. | : Civil Action File No. |
| INTER REEF LTD. dba PROFITABLE SUNRISE, | : 1:13-CV-1104-TWT |
| Defendant, | : |
| MELLAND COMPANY S.R.O., COLOR SHOCK S.R.O., SOLUTIONS COMPANY S.R.O. and FORTUNA-K S.R.O. | : |
| Relief Defendants. | : |

[PROPOSED] ORDER DIRECTING
CLERK OF COURT TO RECEIVE REPATRIATED FUNDS

Plaintiff Securities and Exchange Commission ("SEC") having represented that Raiffeisensbank, A.S. wishes to repatriate funds connected with the scheme described in the SEC's Complaint [Docket 1] in this action as soon as an account to receive such funds is established,

It is hereby ORDERED, ADJUDGED, and DECREED, that the Clerk of

Court receive such funds into an interest-bearing account and hold such funds until further order of this Court.

So Ordered this 15th day of July, 2015.

_Mark H. Cohen_
U.S. District Judge

Proposed Order submitted by

Pat Huddleston II
Senior Trial Counsel
U.S. Securities and Exchange Commission
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, Georgia 30326
404-862-7616
404-842-7679 (fax)
huddlestonp@sec.gov